## (September 20, 1977)

■ AMERICAN REPUBLIC LIFE INSURANCE COMPANY OF NEW YORK, Appellant, v CAROL J. MICHAELS, Respondent.—Order and judgment, Supreme Court, New York County, entered on May 9, 1977 and May 12, 1977, respectively, unanimously affirmed for the reasons stated by Stecher, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Silverman, J. P., Evans, Capozzoli and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUFUS LANE, Appellant.—Judgment, Supreme Court, New York County, rendered on June 21, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Silverman, J. P., Evans, Capozzoli and Lynch, JJ.

■ WELLINGTON BOOK CO., INC., et al., v POPULAR LIBRARY, INC., et al. —Motion to dismiss appeal granted with $20 costs, on the ground that the order sought to be appealed from has now been merged in a final judgment and a separate appeal from the order does not survive (see *Jema Props. v McLeod,* 51 AD2d 702). Concur—Murphy, P. J., Kupferman, Evans, Lane and Markewich, JJ.

## (September 22, 1977)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SERAFIN SAAVERDRA, Appellant.—Judgment, Supreme Court, Bronx County, rendered on April 14, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Murphy, P. J. Birns, Markewich and Lynch, JJ.

■ LAWRENCE D. ELKIND, Appellant, v LESLIE ELKIND, Respondent.— Appeal from order, Supreme Court, New York County, entered on May 20, 1977, unanimously dismissed, without costs and without disbursements. No appeal lies from an order denying reargument. Concur—Lupiano, J. P., Silverman, Evans and Capozzoli, JJ.

■ STATE OF NEW YORK, Respondent, v PRINCESS PRESTIGE Co., INC., et al., Appellants.—On remittitur from Court of Appeals, judgment, Supreme Court, New York County, entered on or about September 25, 1975, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Lupiano, J. P., Birns, Capozzoli and Lane, JJ.